# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY VALDEZ BRIONES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAUL LOPEZ,<br><br>　　　　Respondent. | Case No. SA CV 10-0076 GAF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: July 15, 2010.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE